UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:25-mc-7-MOC

| | |
|---|---|
| SALADIN-MUHAMMAD BEY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| STATE OF NORTH CAROLINA, ) | **ORDER** |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court sua sponte.

Mr. Saladin-Muhammad Bey filed this pro se action pursuant to various legal theories; it was docketed as a miscellaneous civil action. The Court has reviewed the pro se filings, and has determined that this action should be construed as a civil rights action with a Nature of Suit 440. The Clerk will be instructed to recharacterize the action accordingly.

**IT IS, THEREFORE, ORDERED** that the Clerk is respectfully instructed to recharacterize this action as a civil rights action pursuant to Nature of Suit 440.

**IT IS SO ORDERED**.

Signed: January 28, 2025

Max O. Cogburn Jr
United States District Judge